ADAM PAUL LAXALT
  Nevada Attorney General
WADE BEAVERS
  Deputy Attorney General #13451
State of Nevada
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1209
E-Mail: wbeavers@ag.nv.gov

*Attorneys for Defendant*
*Brea Finch*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARRELL CONNERS,<br><br>    Plaintiff,<br><br>v.<br><br>B. HOWARD, *et al.*,<br><br>    Defendants. | Case No. 3:16-cv-00626-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff, Darrell Conners, appearing pro se, and Defendant Brea Finch, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Wade Beavers, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed in its entirety and without prejudice.

    This Stipulation for Dismissal Without Prejudice is executed as part of an out-of-court agreement between the parties. Each party will bear its own attorneys' fees and costs.

DATED this 6 day of JUNE, 2017.       DATED this 14 day of June, 2017.

                                                              ADAM PAUL LAXALT
                                                              Attorney General

By: /s/ Darrell C.                        By: /s/ Wade Beavers
    DARRELL CONNERS                         WADE BEAVERS
    *Plaintiff, Pro Se*                                Deputy Attorney General
                                                              Bureau of Litigation
                                                              Public Safety Division

                                                              *Attorneys for Defendant*

**ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal Without Prejudice. The Court has examined the Stipulation for Dismissal Without Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed without prejudice with each party bearing its own attorneys' fees and costs.

DATED this 15th day of June, 2017.

_____
DISTRICT JUDGE